Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.

425 A.2d 22

Commonwealth v. Grissinger, Appellant.

Submitted November 16, 1979. Frank J. Harte, for appellant; David P. Andrews, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

425 A.2d 22

Commonwealth v. Hart, Appellant.

Submitted March 23, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.